Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK LEONARD TIERNEY;<br><br>               PLAINTIFF,<br><br>VS.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; AZTEC FORECLOSURE CORPORATION OF WASHINGTON; and THE BANK OF NEW YORK MELLON, f/d/a THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-5.<br><br>               DEFENDANTS. | CASE NO. 2:20-cv-01245-RSM<br><br>DECLARATION OF ERICA ST. LOUIS IN RESPONSE TO SUPPLEMENTAL DECLARATION OF SYNOVA EDWARDS OFFERED IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISSOLVE TRO<br><br>NOTE ON MOTION CALENDAR: OCTOBER 2, 2020<br><br>*JURY DEMANDED* |

I, Erica St. Louis, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of Washington and am counsel of record for plaintiff Patrick Leonard Tierney ("Tierney"). The following facts are within my personal knowledge. If called upon to testify, I could and would competently testify to the matters set forth herein.

DECLARATION OF ERICA ST. LOUIS - 1
CASE NO. 2:20-CV-01245-RSM

CREER LEGAL
11900 NE FIRST STREET #300G
BELLEVUE, WA 98005
T:(425) 404-2399 F: (425) 406-6898

2. On December 28, 2020, I was served with the supplemental declaration of Synova Edwards ("Edwards"). [Dkt. 24]. The declaration is offered in further support of defendants' September 30, 2020 Motion to Dissolve Temporary Restraining Order. [Dkt. 11].

3. In her declaration, Edwards states that on December 28, 2020, she spoke with the King County Superior Court Cashier Clerk who advised her that Tierney failed to make the December 2020 monthly bond payment that was a condition of the July 22, 2020 Temporary Restraining Order. In addition to being inadmissible hearsay, the testimony is untrue.

4. On December 17, 2020, Tierney sent, by certified mail, a cashier's check in the amount of $1,899.51 to the King County Clerk ($1,889.51 bond and $10 processing fee). The check was delivered to the King County Clerk at 3:50 pm on December 21, 2020, two days prior to the December 23, 2020 deadline. True and correct copies of the Chase Bank cashier's check, the certified postage receipt and the delivery confirmation are attached hereto collectively as exhibit A.

I declare, under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

Dated:
December 29, 2020

CREER LEGAL

By: /s/ Erica A. St. Louis
Erica A. St. Louis  WSBA # 28793
*Counsel for Platiniff*

DECLARATION OF ERICA ST. LOUIS - 2
CASE NO. 2:20-CV-01245-RSM

CREER LEGAL
11900 NE FIRST STREET #300G
BELLEVUE, WA 98005
T:(425) 404-2399 F: (425) 406-6898