The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PATRICK LEONARD TIERNEY,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; AZTEC FORECLOSURE CORPORATION OF WASHINGTON; and THE BANK OF NEW YORK MELLON, f/d/a THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-5,<br><br>Defendants. | No. 2:20-cv-01245-RSM<br><br>AZTEC FORECLOSURE CORPORATION OF WASHINGTON'S REPLY IN SUPPORT OF MOTIONS IN LIMINE<br><br>NOTE ON MOTION CALENDAR: September 17, 2021<br><br>**ORAL ARGUMENT REQUESTED** |

## **REPLY**

Defendant Aztec Foreclosure Corporation of Washington ("Aztec") respectfully requests that this court grant each of its motions in limine filed with this court on August 30, 2021. (Dkt. 60). Court rules require that "[a]ny opposition papers shall be filed and served not later than the Monday before the noting date…Any reply papers shall be filed and served no later than the noting date." LCR 7(d)(3). The noting date for Aztec's motions in limine is today, September 17, 2021. No opposition has been filed by any party. Therefore, Aztec respectfully requests that each of its motions in limine be granted.

REPLY - 1
USDC Western WA 2:20-cv-01245-RSM

4849-7554-5595.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

1     DATED September 17, 2021.

2                                           **LEWIS BRISBOIS BISGAARD & SMITH LLP**

3

                                         *s/ Kathleen A. Nelson*

4                                          Kathleen A. Nelson, WSBA # 22826
                                         1111 Third Avenue, Suite 2700

5                                          Seattle, WA 98101
                                         (206) 436-2020 / (206) 436-2030 Fax

6                                          Kathleen.Nelson@lewisbrisbois.com
                                         Attorneys for Defendant AZTEC FORECLOSURE

7                                          CORPORATION OF WASHINGTON

REPLY - 2
USDC Western WA 2:20-cv-01245-RSM

4849-7554-5595.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| **Counsel for Plaintiff**<br>Erica A. St. Louis, WSBA # 28793<br>Creer Legal<br>11900 Ne First Street #300G<br>Bellevue, WA 98005<br>(425) 404-2399 / (425) 406-6898 Fax | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☒ via USDC CM/ECF System<br>☐ via E-mail<br>erica@creerlegal.com<br>ea-krik@comcast.net |
| **Counsel for Defendant Carrington Mortgage Services LLC & The Bank of New York Mellon as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 fka The Bank of New York**<br>Joseph T. McCormick, III<br>Synova M.L. Edwards<br>Wright Finlay & Zak LLP<br>612 S Lucile St Ste 300<br>Seattle, WA 98108<br>(425) 296-3117/ (949) 608-9142 | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☒ via USDC CM/ECF System<br>☐ via E-mail<br>jmccormick@wrightlegal.net<br>smledwards@wrightlegal.net<br>sbennett@wrightlegal.net<br>fmarttila@wrightlegal.net |
| **Counsel for Defendant Aztec Foreclosure Corporation of Washington**<br>James A Craft<br>Kelly D. Sutherland<br>Shapiro & Sutherland, LLC<br>1499 SE Tech Center Place Suite 255<br>Vancouver, WA 98683<br>(360) 260-2253 | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☒ via USDC CM/ECF System<br>☐ via E-mail<br>jcraft@logs.com<br>gshahak@logs.com<br>ksutherland@logs.com<br>jacraftlaw@gmail.com |

Dated September 17, 2021 at Seattle, Washington.

*s/Tami L. Foster*
Tami L. Foster, Legal Assistant
Tami.Foster@lewisbrisbois.com

REPLY - 3
USDC Western WA 2:20-cv-01245-RSM

4849-7554-5595.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020