UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK LEONARD TIERNEY, | Case No. C20-1245RSM |
| Plaintiff, | ORDER RE-REFERRING CASE TO MAGISTRATE JUDGE PETERSON FOR SECOND SETTLEMENT CONFERENCE |
| v. | |
| CARRINGTON MORTGAGE SERVICES, LLC, et al., | |
| Defendants. | |

This matter comes before the Court *sua sponte.* On November 18, 2021, the Court referred this case to Magistrate Judge Michelle L. Peterson for the purposes of conducting a settlement conference. Dkt. #83. On December 7, 2021, Judge Peterson issued an Order setting forth the parameters, including that "all parties, *representatives with full and complete settlement authority* and lead counsel are required to personally attend the conference." Dkt. #84 at 1 (emphasis added). The Order was explicit on this point:

> An insured party shall appear by a representative of the insurer who is authorized to negotiate, and who has authority to settle the matter. An uninsured corporate party shall appear by a representative authorized to negotiate, and who has authority to settle the matter. If there are other parties necessary to settle the case, counsel must arrange for their attendance. Any counsel appearing without authority to negotiate may result in an award to the other parties of their costs and fees incurred for the conference, or other sanctions.

ORDER RE-REFERRING CASE TO MAGISTRATE JUDGE PETERSON FOR SECOND
SETTLEMENT CONFERENCE - 1

*Id.* at 1–2.

The settlement conference occurred on January 26, 2022, and was unsuccessful. Dkt. #88. The Court has been informed by Judge Peterson that Defendant Carrington was at some point unable to contact an individual to obtain settlement authority and requested additional time to do so.

The Court is concerned by Carrington's apparent violation of Judge Peterson's Order as stated above. Considering the best interests of the parties, the Court will re-refer this matter to Judge Peterson to conduct a final settlement conference. Defendant Carrington is DIRECTED to have a representative attend the conference with full settlement authority. Failure to comply with this and Judge Peterson's Order above will result in sanctions.

IT IS SO ORDERED.

DATED this 28th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE-REFERRING CASE TO MAGISTRATE JUDGE PETERSON FOR SECOND SETTLEMENT CONFERENCE - 2