UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK LEONARD TIERNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CARRINGTON MORTGAGE SERICES, LLC, et al.,<br><br>    Defendants. | Case No. C20-1245RSM<br><br>ORDER OF DISMISSAL |

Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order.  Any pending motions are stricken and the trial date and pretrial dates previously set are hereby VACATED.

///

///

ORDER - 1

IT IS SO ORDERED this 8th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2