UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK LEONARD TIERNEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARRINGTON MORTGAGE SERVICES LLC,<br><br>　　　　　　Defendant. | Case No. C20-1245-RSM<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On February 8, 2022, this Court concluded the settlement conference in this matter (dkt. # 91), and the Honorable Ricardo S. Martinez entered an Order of Dismissal (dkt. # 92). The parties put the material terms to their settlement agreement on the record and were given additional time to perfect settlement. (Dkt. # 93.) On February 11, 2022, this Court was engaged by the parties to assist in disputes related to the additional terms of the settlement agreement.

Pursuant to Judge Martinez's Order, the Court advises the parties that in the event the parties are unable to perfect settlement, any party may move to enforce the settlement agreement or reopen the case provided that such motion is filed by **April 11, 2022**. (Dkt. # 92 at 1.)

MINUTE ORDER - 1

Dated this 18th day of February, 2022.

                                          Ravi Subramanian
                                          Clerk of Court

                                   By: /s/Tim Farrell
                                          Deputy Clerk

MINUTE ORDER - 2