Hon. Judge Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PATRICK LEONARD TIERNEY,<br><br>    Plaintiff,<br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; AZTEC FORECLOSURE CORPORATION OF WASHINGTON, and THE BANK OF NEW YORK MELLON F/K/A/ THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2004-5,<br><br>    Defendants. | Case No.: 20-CV-01245-RSM<br><br>**ORDER GRANTING DEFENDANT CARRINGTON'S MOTION TO SEAL**<br><br>**NOTE DATE: March 25, 2022** |

    THIS MATTER, is before this Court on the joint stipulated motion of Plaintiff Patrick Leonard Tierney ("Tierney") and Defendant Carrington Mortgage Services, LLC's ("Carrington") for an order permitting motions arising out of mediation to be filed under seal. The Court, having considered the Motion, and the pleadings and records filed herein, IT IS HEREBY:

    ORDERED ADJUDGED AND DECREED that the Stipulated Motion to File Under Seal is GRANTED. It is further

ORDER GRANTING MOTION TO
FILE UNDER SEAL - Page 1

Wright, Finlay & Zak, LLP
612 S. Lucile St., Suite 300
Seattle, WA 98108
(206) 946-8109

ORDERED ADJUDGED AND DECREED that Tierney's Motion to Enforce Settlement filed concurrently with this motion to seal will be remain under seal. It is further

ORDERED ADJUDGED AND DECREED that the exhibits attached to the Declaration of Lukasz I. Wozniak in Support of Defendant's Motion to Reopen the Case, referenced in paragraphs 5, 7, 8, 9 and 10, filed concurrently with this motion, will remain under seal and labeled "Confidential Settlement Communication".

DATED this 18th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

WRIGHT, FINLAY, & ZAK, LLP

/s/ Lukasz I. Wozniak
Lukasz I. Wozniak, WSBA # 47290
Attorney for Defendant Carrington

CREER LEGAL

/s/Erica St. Louis
Erica St. Louis, WSBA No. 28793
*Attorney for Plaintiff*

ORDER GRANTING MOTION TO
FILE UNDER SEAL - Page 2

Wright, Finlay & Zak, LLP
612 S. Lucile St., Suite 300
Seattle, WA 98108
(206) 946-8109