UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK LEONARD TIERNEY;<br><br>PLAINTIFF,<br>VS.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; AZTEC FORECLOSURE CORPORATION OF WASHINGTON; and THE BANK OF NEW YORK MELLON, f/d/a THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-5.<br><br>DEFENDANTS. | CASE NO. 2:20-cv-01245-RSM<br><br>ORDER FOR THE RELEASE OF FUNDS HELD IN THE COURT REGISTRY |

This matter comes before the Court on a Stipulated Proposed Order presented by Plaintiff Patrick Leonard Tierney and defendant Carrington Mortgage Services, LLC ("Carrington"), by and through their respective counsel of record. Dkt. #115. This Order was filed on March 29, 2022, and the Court has not received notice from any other party of an intent to oppose.

## I.   RECITALS

WHEREAS: On July 17, 2020, Tierney filed suit against Carrington in King County Superior Court, Case No. 20-2-11324-7. On July 22, 2020, the superior court granted Tierney's Motion for a Temporary Restraining Order. Bond was set at $1,889.51, to be paid monthly into the superior court registry. Dkt. #4 at 222-226. The total principal amount of payments made into the superior court registry pursuant to the July 22, 2020 order is $17,005.59.

WHEREAS: On August 18, 2020, Carrington removed the superior court action to this Court. Dkt. #1. On March 25, 2021, this Court granted Tierney's Motion for Preliminary Injunction. Bond was set at $1,889.51, to be paid monthly into the court registry. Dkt. #28. The

total principal amount of payments made payments into the federal court registry pursuant to the March 25, 2021 order is $15,116.08.

WHEREAS:  On February 8, 2022, the parties to this action entered into a settlement agreement pursuant to which the funds held in the state and federal court registries are to be released in full directly to Tierney.

WHEREAS: On March 28, 2022, this Court granted Tierney's Motion to Enforce the February 8, 2022 settlement and denied Carrington's Motion to Reopen the Case.  Dkt. #114.

## II.   ORDER

Based upon the foregoing recitals, this Court hereby rules as follows:

1) The funds held in the King County Superior Court Registry under Case No. 20-2-11324-7 and in the US District Court for the Western District of Washington under Case No. 2:20-cv-01245-RSM are awarded in full to Plaintiff Tierney.

2) The clerk of the US District Court for the Western District of Washington is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $15,116.08 plus all accrued interest, payable to Leonard Tierney. Tierney shall provide the mailing address to the Clerk's Office Finance Department by email.

3) Tierney is to file an application in the King County Superior Court for the release of funds held in that court's registry under Case No. 20-2-11324-7, pursuant to and consistent with this Order.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR RELEASE OF FUNDS IN COURT REGISTRY  - 2
CASE NO. 2:20-CV-01245-RSM