1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK LEONARD TIERNEY,

          Plaintiff,

   v.

CARRINGTON MORTGAGE
SERVICES, LLC; AZTEC
FORECLOSURE CORPORATION OF
WASHINGTON, and THE BANK OF
NEW YORK MELLON F/K/A/ THE
BANK OF NEW YORK AS TRUSTEE
FOR REGISTERED HOLDERS OF
CWABS, INC., ASSET-BACKED
CERTIFICATES SERIES 2004-5,

          Defendants.

Case No.: 20-CV-01245-RSM

**STIPULATION AND ORDER TO AMEND ORDER GRANTING IN PART EX PARTE MOTION TO APPROVE DEPOSIT AND STAY ENFORCMENT PENDING APPEAL**

On November 14, 2024, this Court entered an order Granting in Part Ex Parte Motion to Approve Deposit and Stay Enforcement Pending Appeal filed by Movants Lukasz Wozniak and Wright Finlay & Zak, LLP.  ECF #150. The Order directs Movants to file a bond in the amount of $240,000 by Friday, November 15, 2014. Movants wish to make a cash deposit into the Registry of the Court pursuant to LCR 67 rather than post a bond. Plaintiff Patrick Tierney does not object to a cash deposit into the Registry of the Court in lieu of a bond. Accordingly, the parties stipulate

STIPULATION AND ORDER TO AMEND ORDER
AND STAY SANCTIONS ORDER PENDING APPEAL

(20-CV-01245-RSM) – Page 1

1    and agree that Movants may make a cash deposit with the Registry of Court as provided by LCR

2    67.

3

4                                              Respectfully submitted,

5    Dated: November 14, 2024                          WRIGHT, FINLAY & ZAK, LLP

6
                                              /s/ Lukasz I. Wozniak
7                                              Lukasz I. Wozniak, WSBA# 47290
                                              Movants and attorneys for Defendants
8

9

10   Dated: November 14, 2024                          BPE LAW GROUP

11
                                              /s/ Erica A. St. Louis
12                                             Erica A. St. Louis, WSBA# 28793
                                              Attorneys for Plaintiff
13

14        NOW, THEREFORE **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as

15   follows:

16        The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of

17   $240,000. Enforcement of the Sanctions Award shall be stayed pending the appeal and conditioned

18   upon Movants paying $240,000 into the Registry of the Court on November 15, 2024.

19        **SO ORDERED THIS**  14th day November, 2024.

20

21

22   RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE
23

24
     STIPULATION AND ORDER TO AMEND ORDER
     AND STAY SANCTIONS ORDER PENDING APPEAL

     (20-CV-01245-RSM) – Page 2