IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK LEONARD TIERNEY,<br><br>Plaintiff,<br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; AZTEC FORECLOSURE CORPORATION OF WASHINGTON, and THE BANK OF NEW YORK MELLON F/K/A/ THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2004-5,<br><br>Defendants. | Case No.: 20-CV-01245-RSM<br><br>**ORDER ON STIPULATED MOTION TO REOPEN CASE, TO WITHDRAW MOTION FOR SANCTIONS, TO VACATE SANCTIONS ORDER, AND TO RETURN AMOUNTS ON DEPOSIT WITH THE COURT'S REGISTRY TO WRIGHT, FINLAY & ZAK, LLP** |

Plaintiff, Patrick Leonard Tierney ("Tierney"), Defendants Carrington Mortgage Services, LLC ("CMS"), The Bank of New York Mellon as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates 2004-5 ("BNYM"), and non-parties, Lukasz Wozniak ("Wozniak") and Wright, Finlay & Zak, LLP ("WFZ"), have stipulated to reopen the case, withdraw Tierney's Motion for Sanctions (ECF #134) ("Motion"), to vacate the order entered pursuant to that motion (ECF # 146) ("Sanctions Order"), and to return the amounts on deposit

ORDER ON STIPULATION - 1

with the Court's Registry to stay exclusion pending appeal. Having reviewed this Stipulated Motion, the Court does hereby ORDER, ADJUDGE, AND DECREE:

1. This case is reopened for the limited purpose of adjudicating this Stipulated Motion.

2. The Motion for Sanctions at ECF # 134 is withdrawn.

3. The Sanctions Order at ECF # 146 is hereby vacated.

4. The Sanctions Award and other amounts paid by WFZ to the Clerk's Registry to stay execution of the Sanctions Order pending appeal shall be returned to WFZ.

5. The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $240,000 plus all accrued interest, payable to Wright, Finlay & Zak, LLP and mail or deliver the check to WFZ. WFZ is to email its address and a completed IRS W-9 form to the Clerk's Office Financial Department at seafin@wawd.uscourts.gov as required by LCR 67.

Dated this 14th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE